Hillsborough, }
  Dec. 1, 1903. }

## WARREN, *Assignee, v.* KENWORTHY *& a.*

DEBT, on bond. Judgment was ordered by the superior court, *Young*, J., upon the report of a referee, who found a breach of the condition of the bond and assessed the plaintiff's damages. To the order of judgment the defendants excepted.

*Exception overruled.*

*Joseph W. Fellows*, for the plaintiff.

*John P. Bartlett*, for the defendants.